IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAONTAE T. SCOTT,

    Petitioner,

v.                                               Case No. 3:20cv5900-MCR/MAF

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

## ORDER

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge. ECF No. 39. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The Report and Recommendation, ECF No. 39, is adopted and incorporated by reference in this order.

2. The amended § 2254 petition for writ of habeas corpus, ECF No. 18-1, as supplemented, ECF No. 34, is **DENIED**, and Respondent's motion to dismiss, ECF No. 38, is **DENIED as moot**.

3. A certificate of appealability is **DENIED** and leave to appeal in forma pauperis is also **DENIED**.

**DONE AND ORDERED** this 20th day of September 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**